

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>J. PEREZ,<br><br>    Defendant. | Case No.: 1:16-cv-01557-AWI-SAB (PC)<br><br>ORDER THAT INMATE JAMES CATO IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Plaintiff James Cato, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    A settlement conference in this matter commenced on March 7, 2018. Inmate James Cato, Jr., CDCR #H-35663, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: **March 7, 2018**

                                      UNITED STATES MAGISTRATE JUDGE